IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:00CR130
                              )
        v.                    )
                              )
ALFREDO CORTES,               )        ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue plea hearing (Filing No. 406). Defendant has filed a written waiver of speedy trial (Filing No. 404). Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, September 21, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time will give counsel adequate time to complete plea negotiations and will accommodate the Court's schedule. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 6, 2007, and September 21, 2007, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court